COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



`

ORDER

Appellate case name:        Henry Guedes Pages v. The State of Texas

Appellate case number:      01-15-00377-CR

Trial court case number:    C-1-CR-14-400141

Trial court:                County Court at Law No. 8 of Travis County

Appellant's brief was due on May 29, 2015. On May 23, 2015, appellant, acting pro se, filed a document purporting to be an appellate brief. The document, however, fails to comply with any of the requirements for an appellant's brief.[1] *See* TEX. R. APP. P. 38.1. Further, the trial court appointed counsel to represent appellant on appeal, and appellant is not entitled to hybrid representation. *See Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004). Finally, although appellant states in his purported brief that he "decided to represent [himself]," appellant does not have a right to self-representation on appeal. *See id.*; *Buntion v. Harmon*, 827 S.W.2d 945, 948 (Tex. Crim. App. 1992); *Crawford v. State*, 136 S.W.3d 417, 418 (Tex. App.—Corpus Christi 2004, order); *Cormier v. State*, 85 S.W.3d 496, 497–98 (Tex. App.—Houston [1st Dist.] 2002, order); *Hadnot v. State*, 14 S.W.3d 348, 350 (Tex. App.—Houston [14th Dist.] 2000, order).

Accordingly, we **strike** the purported brief filed by appellant pro se. Further, because the time for filing appellant's brief has now expired, we **order** appellant's counsel to file either a brief on appellant's behalf or a motion to extend time to file a brief within 10 days of the date of this order. Unless either an appellant's brief or a motion requesting an extension of time is filed within 10 days of the date of this order, this case will be abated for a hearing in the trial court pursuant to Texas Rule of Appellate Procedure 38.8(b).

---

[1]     Appellant also attached a number of exhibits to his purported brief. We cannot, however, consider documents attached as exhibits to briefs. *See Till v. Thomas*, 10 S.W.3d 730, 733 (Tex. App.—Houston [1st Dist. 1999, no pet.).

It is so ORDERED.


Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
               ☒ Acting individually    ☐ Acting for the Court

Date: June 4, 2015